DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERICA J. WALKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2958

[December 5, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case Nos. 50-2008-CF-001537-AXXX-MB and 50-2008-CF-001781-BXXX-MB.

Erica J. Walker, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***